IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON

UNITED STATES OF AMERICA

v.                                  CRIMINAL NO. 2:05-00107

GEORGE M. LECCO
        also known as "Porgy"
VALERI FRIEND

REQUEST FOR EXTENSION OF TIME
IN WHICH TO FILE RESPONSES TO PRE-TRIAL MOTIONS

Comes now the United States of America by R. Gregory McVey, Assistant United States Attorney for the Southern District of West Virginia, and moves the court for a two-day extension of the August 24, 2009, deadline for filing its responses to defendants' pre-trial motions.

The United States has been diligently attempting to respond to defendants' motions and has already filed some responses prior to the current deadline. However, the United States will require the additional two days alluded to in the court's August 10, 2009, order to complete its responses.  Therefore, the United States moves that its deadline for filing responses to defendants' pre-trial motions be extended to August 26, 2009.

Respectfully submitted,


CHARLES T. MILLER
United States Attorney

By:  /s/ R. Gregory McvVey
     R. Gregory McVey Bar Number:  2511
     Assistant United States Attorney
     United States Attorney's Office
     300 Virginia Street East, Room 4000
     Charleston, WV  25301
     Telephone:  (304) 345-2200
     Fax:  (304) 347-5104
     Email:  Greg.McVey@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing "REQUEST FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSES TO PRE-TRIAL MOTIONS" has been electronically filed with the Clerk of Court this the 21st day of August, 2009 using the CM/ECF system and served upon opposing counsel as follows:

Gerald T. Zerkin
Amy L. Austin
Federal Public Defender's Office
701 E. Broad Street, Suite 3600
Richmond, VA  23219
<u>amy_austin@fd.org</u>
<u>gerald_zerkin@fd.org</u>

Jay T. McCamic
P.O. Box 151
Wheeling, WV  26003
<u>jtmccamic@mspllaw.com</u>

Gary A. Collias
P.O. Box 70007
Charleston, WV  25301

Kevin M. McNally
P.O. Box 1243
Frankfort, KY  40601
<u>kmcnally@dcr.net</u>

By:  <u>s/R. Gregory McVey</u>
R. Gregory McVey Bar Number: 2511
Attorney for the United States
United States Attorney's Office
300 Virginia Street East, Suite 4000
Charleston, West Virginia 25301
Telephone: (304) 345-2200
Fax: (304) 347-5104
Email: Greg.McVey@usdoj.gov