```
      IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                      CRIMINAL NO. 2:05-00107

**GEORGE LECCO,**
    **also known as "Porgy"**
**VALERI FRIEND**

### NOTICE OF FILING

As directed by the Court in its Memorandum Opinion and Order of September 3, 2009 (Docket Entry 1114), the United States herewith files copies of the material reflecting the redactions permitted by the Court, as Attachments 1 – 5. The Attachments are:

1. Defendants Joint Post Hearing Memorandum of March 4, 2008;

2. United States Attorney's Office file on William Griffith;

3. FBI Official file on William Griffith;

4. FBI Special Agent file on William Griffith; and,

5. Interview Summaries.

                                  Respectfully submitted,

                                  CHARLES T. MILLER
                                  United States Attorney

                    By: /s/Philip H. Wright
                        PHILIP H. WRIGHT
                        Assistant United States Attorney
                        WV Bar No. 7106
                        United States Attorney's Office
                        300 Virginia Street East, Room 4000
                        Charleston, WV 25301
                        Telephone: 304-345-2200
                        Fax: 304-347-5104
                        Email: philip.wright@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing "NOTICE OF FILING" has been electronically filed with the Clerk of Court this 8th day of September 2009 using the CM/ECF system and served upon opposing counsel as follows:

Gerald T. Zerkin
Amy L. Austin
Federal Public Defender's Office
701 E. Broad Street, Suite 3600
Richmond, VA  23219
amy_austin@fd.org
gerald_zerkin@fd.org

Brian J. Kornbrath
Federal Public Defender's Office
230 West Pike Street, Suite 360
Clarksburg, WV 26301
brian_kornbrath@fd.org

Gary A. Collias
P.O. Box 70007
Charleston, WV  25301

Kevin M. McNally
P.O. Box 1243
Frankfort, KY  40601
kmcnally@dcr.net

/s/Philip H. Wright
PHILIP H. WRIGHT
Assistant United States Attorney
WV Bar No.  7106
United States Attorney's Office
300 Virginia Street East, Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
Email: philip.wright@usdoj.gov