```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL NO. 2:05-00107

**GEORGE M. LECCO**
   **also known as "Porgy"**
**VALERI FRIEND**

### UNITED STATES WITNESS LIST
### PURSUANT TO 18 U.S.C. § 3432

   Comes now the United States of America by Philip H. Wright, Assistant United States Attorney for the Southern District of West Virginia, and files the United States Witness List as Attachment A, pursuant to 18 U.S.C. § 3432.

```
                    Respectfully submitted,

                    CHARLES T. MILLER
                    United States Attorney

              By:   s/Philip H. Wright
                    Philip H. Wright, Bar Number: 7106
                    Assistant United States Attorney
                    United States Attorney's Office
                    300 Virginia Street East, Suite 4000
                    Charleston, West Virginia 25301
                    Telephone: (304) 345-2200
                    Fax: (304) 347-5104
                    Email: Philip.Wright@usdoj.gov
```

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that service of the foregoing "UNITED STATES WITNESS LIST PURSUANT TO 18 U.S.C. § 3432" has been electronically filed and service has been made on opposing counsel by United States mail on this 30th of September, 2009, to:

>Gerald T. Zerkin
>Amy L. Austin
>Federal Public Defender's Office
>701 E. Broad Street, Suite 3600
>Richmond, VA  23219
><u>amy_austin@fd.org</u>
><u>gerald_zerkin@fd.org</u>
>
>Brian J. Kornbrath
>Federal Public Defender's Office
>230 West Pike Street, Suite 360
>Clarksburg, WV 26301
>brian_kornbrath@fd.org
>
>Gary A. Collias
>P.O. Box 70007
>Charleston, WV  25301
>
>Kevin M. McNally
>P.O. Box 1243
>Frankfort, KY  40601
><u>kmcnally@dcr.net</u>

>>/s/Philip H. Wright
>>PHILIP H. WRIGHT
>>Assistant United States Attorney
>>WV Bar No.  7106
>>United States Attorney's Office
>>300 Virginia Street East, Room 4000
>>Charleston, WV  25301
>>Telephone:  304-345-2200
>>Fax:  304-347-5104
>>Email:  philip.wright@usdoj.gov