UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

v.  CRIMINAL ACTION NO. 2:05-00107-01

**GEORGE LECCO**

O R D E R

For reasons appearing to the court, it is ORDERED that a case management and pretrial motions hearing be, and it hereby is, scheduled for 2:30 p.m. on October 22, 2009.

The Clerk is directed to forward copies of this order to the defendant, the United States Marshal, the United States Probation Officer, and all counsel of record.

DATED: October 7, 2009

_____
John T. Copenhaver, Jr.
United States District Judge