# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 11/10/2009                                                                Case Number 2:05-cr-107
Case Style: United States of America vs. Lecco
Type of hearing Pretrial Motions Hearing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                                  Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government R. Gregory McVey and Philip H. Wright


Attorney(s) for the Defendant(s) Gerald Zerkin and Brian Kornbrath


Law Clerk                                                                       Probation Officer

## Trial Time



## Non-Trial Time

Motions hearing (without evidence). Type:


## Court Time

1:47 pm   to 2:51 pm
3:29 pm   to 3:30 pm
Total Court Time: 1 Hours 5 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

1:30 case set

1:47 - case called - defendant sworn

Court addressed motions and made such rulings as reflected on the record of the hearing

2:51 Recess

3:29 Resume

Stipulation has been reached - only those photographs introduced at the last trial will be introduced during the second trial

3:30 concluded