# AMENDED WITNESS LIST

| NAME | ADDRESS |
|------|---------|

C. § 3432

18 U.S. C

United States v. George M. L

**. George M. Lecco, et al**

**United States v**

l No. 2:05-00107

**Crimina**

Rogers, Rick

Rogers, Rick
Lieutenant

| NAME | ADDRESS |
|------|---------|

Sigman, D.J.
Custodian of Records

