AO91 (Rev. 12/03)   Criminal Complaint

# UNITED STATES DISTRICT COURT

_____  DISTRICT OF  _____

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| GEORGE M. LECCO, also known as "Porgy" | Case Number: 2:05-mj-00058 |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __January 5, 2005__ in __Red Jacket, Mingo__ County, in
(Date)
the __Southern__ District of __West Virginia__ defendant(s) did,

*(Track Statutory Language of Offense)*

knowingly and intentionally distribute a quantity of cocaine, also know as "coke," a Schedule II controlled substance,

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am a(n) __TFO, WV State Police BCI__ and that this complaint is based on the
Official Title
following facts:

On the above date, I utilized a confidential informant to purchase a quantity of cocaine base from defendant. CI was searched, fitted with a body wire transmitter, and provided with $500 in prerecorded buy money. After searching CI's vehicle, CI drove his personal vehicle to the Pizza Plus where he met with defendant in a back room of defendant's business. At that time, defendant gave the CI the suspected cocaine in exchange for the $500. Following the purchase, I again met with the CI who turned over the suspected cocaine he had purchased from defendant. The item recovered from the CI was submitted to the WV State Police lab and proved to be cocaine, a Schedule II controlled substance.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   X No

_____
Signature of Complainant

_____
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 3, 2005                                            at   Charleston, WV
Date                                                              City and State

Mary E. Stanley, United States Magistrate Judge    _____
Name and Title of Judge                                        Signature of Judge

Exhibit B