```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                         AT CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.**                                        CRIMINAL NO. 2:05-00107

**GEORGE M. LECCO**
     **also known as "Porgy"**

**THIRTY-FIRST SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS, AND REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY**

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Rule 16.1(a) of the Local Rules of Criminal Procedure, and the Arraignment Order and Standard Discovery Request entered by the Court in this case on June 16, 2009, the United States of America, by counsel, herewith responds to each of defendant's Standard Discovery Requests as follows:

**Request E:** Permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, building or places, or copies or portions of any of those items, if the item is within the government's possession, custody or control, and (i) the item is material to preparing the defense; (ii) the government intends to use the item in its case-in-chief at trial; or (iii) the item was obtained from or belongs to defendant. [Fed. R. Crim. P. 16(a)(1)(E)]

**Response:** Please find attached the following:

1. Valeri Friend's prescription records from 1995 - 1996 (VF-00965). (Lecco, et al. 5636)

2. Confidential Memorandum prepared by Jill Miller to Kevin McNally and Gary Collias regarding history of Valeri Friend (VF-01269 - 01300). (Lecco, et al. 5637 - 5668)

3. Prescription records regarding Valeri Friend for September 27, 1995 and February 21, 1996 (VF-01794). (Lecco, et al. 5669)

4. Medical records regarding Valeri Friend's admission on February 22, 1996 to Williamson Memorial Hospital for possible drug overdose(VF-01801 - 01812 and VF-01818-01820). (Lecco, et al. 5670 - 5684)

5. Results of drug screens of Valeri Friend in 1997 - 1998(VF-02009 -02016). (Lecco, et al. 5685 - 5692)

6. Results of various drug and alcohol screens performed on Valeri Friend in 1997 - 1999 (VF-02017 - 02053 and VF-02105 - 02110). (Lecco, et al. 5693 - 5735)

7. Report of psychological evaluation of Valeri Friend dated April 12, 1989 (VF-02279 - 02282). (Lecco, et al. 5736 - 5739)

8. Records related to medical expenses of Valeri Friend in 1995-1996, including prescription records (VF-02389 - 02391). (Lecco, et al. 5740 - 5742)

9. Reports of psychological evaluations of Valeri Friend on February 24, 1999, March 23, 1999, and April 6, 1999, including results of drug/alcohol screens (VF-02426 - 02440). (Lecco, et al. 5743 - 5757)

10. WVDHHR health insurance claim forms for Valeri Friend's counseling sessions with Loralie Lawson (VF-02445, VF-

    02483 - 02485, VF-02513 - 02514, VF-02625 - 02626). (Lecco, et al. 5758 - 5765)

11. Records from Professional Counseling Associates regarding Valeri Friend from March 22, 1996 through August 10, 1999 (VF-04346 - 04429). (Lecco, et al. 5766 - 5849)

12. Forensic Psychiatry Evaluation of Valeri Friend dated March 30, 2007, as prepared by Bobby Miller, M.D. (VF-04430 - 04481). (Lecco, et al. 5850 - 5901)

13. Psychological Summary of Valeri Friend as prepared by Dr. Robert L. Smith, Ph.D. (VF-04482 - 04503). (Lecco, et al. 5902 - 5923)

14. Expert report regarding Valeri Friend prepared by James E. Aiken and records reviewed by Mr. Aiken in preparation of his report (VF-04504 - 04613). (Lecco, et al. 5924 - 6033)

**Request M: Provide notice to defendant of the government's intention to use evidence pursuant to Rule 12(b)(4)(B) of the Federal Rules of Criminal Procedure.**

**Response:** The United States reserves the right to use all information and evidence disclosed herein or made available for inspection and copying pursuant to this Response and such information and evidence which may be discovered and finally provided to defendant.

**REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY**

Pursuant to Rules 16.1(b) and 16.1(d) of the Local Rules of Criminal Procedure, the United States of America requests that defendant provide all applicable reciprocal discovery within 10 days of the service of this response and the provision of materials requested by defendant in the Standard Discovery Request.

    Respectfully submitted,

    CHARLES T. MILLER
    United States Attorney


    s/R. Gregory McVey
    R. Gregory McVey Bar Number: 2511
    Attorney for the United States
    United States Attorney's Office
    300 Virginia Street East, Suite 4000
    Charleston, West Virginia 25301
    Telephone: (304) 345-2200
    Fax: (304) 347-5104
    Email: Greg.McVey@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing "THIRTY-FIRST SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS, AND REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing on this 22nd of February, 2010, to:

>Amy L. Austin
>Gerald T. Zerkin
>Federal Public Defender's Office
>701 E. Broad Street, Suite 3600
>Richmond, VA  23219
>amy_austin@fd.org
>gerald_zerkin@fd.org

>Brian J. Kornbrath
>Federal Public Defender's Office
>230 West Pike Street, Suite 360
>Clarksburg, WV 26301
>brian_kornbrath@fd.org

By: s/R. Gregory McVey
R. Gregory McVey Bar Number: 2511
Attorney for the United States
United States Attorney's Office
300 Virginia Street East, Suite 4000
Charleston, West Virginia 25301
Telephone: (304) 345-2200
Fax: (304) 347-5104
Email: Greg.McVey@usdoj.gov