```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                             CRIMINAL NO. 2:05-00107-01

**GEORGE M. LECCO**
    **also known as "Porgy"**


### UNITED STATES AMENDED WITNESS LIST
### PURSUANT TO 18 U.S.C. § 3432

Comes now the United States of America by R. Gregory McVey, Assistant United States Attorney for the Southern District of West Virginia, and files the United States Amended Witness List as Attachment A, pursuant to 18 U.S.C. § 3432.

    Respectfully submitted,

    CHARLES T. MILLER
    United States Attorney


    s/R. Gregory McVey
    R. Gregory McVey Bar Number: 2511
    Attorney for the United States
    United States Attorney's Office
    300 Virginia Street East, Suite 4000
    Charleston, West Virginia 25301
    Telephone: (304) 345-2200
    Fax: (304) 347-5104
    Email: Greg.McVey@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing "UNITED STATES AMENDED WITNESS LIST PURSUANT TO 18 U.S.C. § 3432" has been electronically filed and an unredacted version has been mailed and service has been made on opposing counsel by United States mail on this 26th of February, 2010, to:

>Gerald T. Zerkin
>Amy L. Austin
>Federal Public Defender's Office
>701 E. Broad Street, Suite 3600
>Richmond, VA  23219
>amy_austin@fd.org
>gerald_zerkin@fd.org
>
>Brian J. Kornbrath
>Federal Public Defender's Office
>230 West Pike Street, Suite 360
>Clarksburg, WV 26301
>brian_kornbrath@fd.org

>s/R. Gregory McVey
>R. Gregory McVey Bar Number: 2511
>Attorney for the United States
>United States Attorney's Office
>300 Virginia Street East, Suite 4000
>Charleston, West Virginia 25301
>Telephone: (304) 345-2200
>Fax: (304) 347-5104
>Email: Greg.McVey@usdoj.gov