UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  Criminal No. 2:05-00107

GEORGE M. LECCO
    also known as "Porgy"

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Comes now R. Gregory McVey, Assistant United States Attorney for the Southern District of West Virginia, and informs the Court that one Billy Horn is incarcerated in the Southwestern Regional Jail, 13 Gaston Caperton Drive, Holden, West Virginia, and that the said Billy Horn is a necessary witness for a hearing before the United States District Court for the Southern District of West Virginia, at Charleston, West Virginia, scheduled for 9:30 a.m. on the 5th day of April, 2010.

WHEREFORE, your petitioner prays for an Order of this Court directing the United States Marshal for the Southern District of West Virginia, or any other authorized United States Marshal, to produce the body of said Billy Horn that Billy Horn may appear and testify before the United States District Court for the Southern District of West Virginia at Charleston, West Virginia at 9:30 a.m. on the 5th day of April, 2010.

Respectfully submitted,

CHARLES T. MILLER
United States Attorney

s/R. Gregory McVey
 R. Gregory McVey, Bar Number: 2511
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
300 Virginia Street East
Suite 4000
Charleston, West Virginia 25301
Telephone: (304) 345-2200
Fax: (304) 347-5104
Email: Greg.McVey@usdoj.gov