UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  Criminal No. 2:05-00107

GEORGE M. LECCO,
     also known as "Porgy"

## ORDER ON PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   Southwestern Regional Jail
        Earl Ray Tomblin Industrial Park
        13 Gaston Caperton Drive
        Holden, West Virginia 25625

        Greetings:

WE COMMAND YOU that you surrender the body of Billy Horn detained in the Southwestern Regional Jail under your custody, as it is said, to the United States Marshal for the Southern District of West Virginia, and or one of his deputies, or any other authorized United States Marshal, to the end that Billy Horn's body will be before the United States District Court for the Southern District of West Virginia at Charleston, West Virginia, on the 5th day of April, 2010 at 9:30 a.m. or at such other time or times as the District Court may direct.

                ENTER:

                _____
                Honorable Mary E. Stanley
                United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                                             Criminal No. 2:05-00107

GEORGE M. LECCO,
    also known as "Porgy"

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL:

TO EXECUTE:

WE COMMAND that you proceed to the Southwestern Regional Jail, Holden, West Virginia and remove therefrom the body of Billy Horn and produce Billy Horn under safe and secure conduct before the United States District Court for the Southern District of West Virginia at Charleston, West Virginia, on the 5th day of April, 2010 at 9:30 a.m. or at such other time or times as the District Court may direct; and upon completion of Billy Horn's testimony return the said Billy Horn to the Southwestern Regional Jail.

                                          TERESA L. DEPPNER, Clerk

                                          By:_____
                                              Deputy Clerk

Date:_____

CUSTODY ASSUMED:

Executed this _____ day of _____, 200____

By: _____
      United States Marshal/Deputy