UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                                              Criminal No. 2:05-00107

GEORGE M. LECCO
    also known as "Porgy"

## ORDER ON PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:    Southwestern Regional Jail
        Earl Ray Tomblin Industrial Park
        13 Gaston Caperton Drive
        Holden, West Virginia
        Phone: (304) 239-3032

        Greetings:

WE COMMAND YOU that you surrender the body of Gary Collins detained in the Southwestern Regional Jail under your custody, as it is said, to the United States Marshal for the Southern District of West Virginia, and or one of his deputies, or any other authorized United States Marshal, to the end that Gary Collins' body will be before the United States District Court for the Southern District of West Virginia at Charleston, West Virginia, on the 5th day of April, 2010 at 9:30 a.m. or at such other time or times as the District Court may direct.

        ENTER: March 22, 2010

        *Mary E. Stanley*
        Mary E. Stanley
        United States Magistrate Judge