1

```
 1            IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF WEST VIRGINIA
 2                        AT CHARLESTON

 3   --------------------------------x
                                     :
 4   UNITED STATES OF AMERICA,       :
                                     :
 5        v.                         :   CRIMINAL NO. 2:05-00155
                                     :
 6   PATRICIA BURTON,                :   MAY 11, 2006
                                     :   MAY 12, 2006
 7        Defendant.                 :
     --------------------------------x
 8

 9              TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE JOHN T. COPENHAVER, JR.
10              UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   FOR THE UNITED STATES:      AUSA R. GREGORY McVEY
                                 U.S. Attorney's Office
13                               P.O. Box 1713
                                 Charleston, WV  25336
14
     FOR THE DEFENDANT:          TROY N. GIATRAS
15                               JOHN D. LITTLE
                                 118 Capitol Street, Suite 400
16                               Charleston, WV  25301

17   PROBATION OFFICER:          DEBRA L. LADOUCER
                                 300 Virginia Street East
18                               Charleston, WV  25301

19

20   COURT REPORTER:             BARBARA STEINKE, RMR
                                 Post Office Box 75025
21                               Charleston, WV  25375
                                 (304) 347-3151
22

23   These proceedings were reported with use of a stenographic
     machine and transcribed with use of computer-aided
24   transcription.

25
```

*United States v. Patricia Burton*                                   38

```
 1   May 12, 2006         P R O C E E D I N G S      1:38 p.m.
 2           THE CLERK:  The case before the Court is United States
 3   of America versus Patricia Burton, Criminal Number 2:05-00155.
 4   Would counsel note their appearance for the record, please.
 5           MR. McVEY:  Greg McVey for the United States.
 6           MR. GIATRAS:  Troy Giatras, Your Honor, on behalf of
 7   Ms. Burton who is also present in the courtroom.
 8           THE COURT:  Let me ask first whether the parties have
 9   anything further on any of the matters that have thus far been
10   presented.
11           MR. McVEY:  Nothing on behalf of the United States,
12   Your Honor.
13           MR. GIATRAS:  No, Your Honor.
14           THE COURT:  And are the parties ready for the Court's
15   findings on the issues?
16           MR. McVEY:  Yes, Your Honor.
17           MR. GIATRAS:  Yes, Your Honor.
18           THE COURT:  The Court notes that its findings are made
19   on the basis of that which is set forth in the presentence
20   report to which the defendant has attested as to its factual
21   accuracy.  In doing so, the Court recognizes that the
22   presentence report at times carries two versions of events.  The
23   second of the two is the one that the defendant presents.  There
24   are several such instances.  They are not of major consequence,
25   but the Court has adopted for purposes of these findings the
```