```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                      CRIMINAL NO. 2:05-00107

**GEORGE M. LECCO**
     **also known as "Porgy"**

**THIRTY-THIRD SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF
   AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS, AND
    REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY**

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Rule 16.1(a) of the Local Rules of Criminal Procedure, and the Arraignment Order and Standard Discovery Request entered by the Court in this case on June 16, 2009, the United States of America, by counsel, herewith responds to each of defendant's Standard Discovery Requests as follows:

**Request E:  Permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, building or places, or copies or portions of any of those items, if the item is within the government's possession, custody or control, and (i) the item is material to preparing the defense; (ii) the government intends to use the item in its case-in-chief at trial; or (iii) the item was obtained from or belongs to defendant. [Fed. R. Crim. P. 16(a)(1)(E)]**

**Response:**  Please find attached the following:

1.  Diagram of the trailer at Double Camp Road, Mingo County,

    West Virginia (Lecco, et al - 6056).

**Request M:  Provide notice to defendant of the government's intention to use evidence pursuant to Rule 12(b)(4)(B) of the Federal Rules of Criminal Procedure.**

**Response:** The United States reserves the right to use all information and evidence disclosed herein or made available for inspection and copying pursuant to this Response and such information and evidence which may be discovered and finally provided to defendant.

### REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY

Pursuant to Rules 16.1(b) and 16.1(d) of the Local Rules of Criminal Procedure, the United States of America requests that defendant provide all applicable reciprocal discovery within 10 days of the service of this response and the provision of materials requested by defendant in the Standard Discovery Request.

    Respectfully submitted,

    CHARLES T. MILLER
    United States Attorney


    s/R. Gregory McVey
    R. Gregory McVey Bar Number: 2511
    Attorney for the United States
    United States Attorney's Office
    300 Virginia Street East, Suite 4000
    Charleston, West Virginia 25301
    Telephone: (304) 345-2200
    Fax: (304) 347-5104
    Email: Greg.McVey@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing "THIRTY-THIRD SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS, AND REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing on this 8th of April, 2010, to:

>
> Amy L. Austin
> Gerald T. Zerkin
> Federal Public Defender's Office
> 701 E. Broad Street, Suite 3600
> Richmond, VA  23219
> amy_austin@fd.org
> gerald_zerkin@fd.org
>
> Brian J. Kornbrath
> Federal Public Defender's Office
> 230 West Pike Street, Suite 360
> Clarksburg, WV 26301
> brian_kornbrath@fd.org

>
> By:   s/R. Gregory McVey
>       R. Gregory McVey Bar Number: 2511
>       Attorney for the United States
>       United States Attorney's Office
>       300 Virginia Street East, Suite 4000
>       Charleston, West Virginia 25301
>       Telephone: (304) 345-2200
>       Fax: (304) 347-5104
>       Email: Greg.McVey@usdoj.gov