# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 4/8/2010                                                                  Case Number 2:05-cr-107
Case Style: United States vs. Lecco
Type of hearing Criminal Jury Trial
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                                  Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government R. Gregory McVey, Charles T. Miller, Richard E. Burns


Attorney(s) for the Defendant(s) Gerald Zerkin, Amy Austin, Brian Kornbrath


Law Clerk                                                                       Probation Officer

## Trial Time

Jury Selection with trial to start on unknown


## Non-Trial Time



## Court Time

9:40 am   to 9:48 am
10:13 am   to 12:04 pm
1:34 pm   to 3:01 pm
3:19 pm   to 4:02 pm
Total Court Time: 4 Hours 9 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

9:30 case set

9:40 - in with counsel - counsel udated on status of jurors having traffic problems

Parties agreed to excuse Juror # 218 Linda Bennett

Will wait on the arrival of Mr. Asbury

9:48 Recess

10:13 Resume

12 jurors in - voir dire oath given - court gave preliminary instructions

Jurors excused

Individual voir dire began

# District Judge Daybook Entry

Juror #209 Robert Walker - struck for cause

Juror #80 Gary Dolin - struck for cause

Juror #82 Rachel Patterson - struck for cause

Juror #87 Andrew Asbury - #7 peremptory strike exercised by the defendant

Juror #90 Kimberly Toney - struck for cause

12:04 Receess

1:34 Resume

Juror #94 Frank Clower - struck for cause

Juror #95 Patricia Babbitt - struck for cause

Juror #96 George Hoover - #6 peremptory strike by the government

Juror #99 Keith Hughes - #8 peremptory strike exercised by the defendant

Juror #100 - Jerry Crihfield - struck for cause

3:01 Recess

3:19 Resume

Juror #101 Rita Ramsey - struck for cause

Juror #215 Richard Boyle - struck for cause

4:02 concluded