## District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 4/12/2010                                                                  Case Number 2:05-cr-107
Case Style: United States vs. Lecco
Type of hearing Criminal Jury Trial
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                                   Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government R. Gregory McVey, Charles T. Miller, Richard E. Burns


Attorney(s) for the Defendant(s) Gerald Zerkin, Amy Austin, Brian Kornbrath


Law Clerk                                                                        Probation Officer

### Trial Time

Jury Selection with trial to start on unknown


### Non-Trial Time


### Court Time

9:38 am    to 11:40 am
3:39 pm    to 4:31 pm
1:34 pm    to 3:22 pm
11:55 am   to 12:19 pm
Total Court Time: 5 Hours 6 Minutes Court actively conducting trial proceedings/Contested proceedings

### Courtroom Notes

9:30 case set

9:38 - court took up preliminary matters with the defendant and counsel

13 jurors in

Voir dire oath given

Court gave preliminary instructions

Individual voir dire began

Juror #142 Laura Register - #11 peremptory strike exercised by the defendant

Juror #204 David Mallory - #12 peremptory strike exercised by the defendant

Juror #137 Fred Dingess - struck for cause

## District Judge Daybook Entry

Juror #138 Charles Parsons - #8 peremptory strike exercised by the government

11:40 Recess

11:55 Resume

Juror #140 Theresa Given - #13 peremptory strike

Juror #141 Phyllis Atwood - struck for cause

12:19 Recess

1:34 Resume

Juror #144 Margaret Orders - struck for cause

Juror #150 Donnie Hatfield - struck for cause

Juror #151 Debra Hackney - struck for cause

Juror #152 Paul Carden - #9 peremptory strike exercised by the government

3:22 Recess

3:39 Resume

Juror #155 Craig Adkins - qualified

Juror #156 Debra Williams - #10 peremptory strike exercised by the government

Juror #161 Joe Sharp - #14 peremptory strike exercised by the defendant

4:31 concluded