```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

                      AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL NO. 2:05-00107

**GEORGE M. LECCO**
    **also known as "Porgy"**
**VALERI FRIEND**


**THIRTY-FOURTH SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS, AND REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY**

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Rule 16.1(a) of the Local Rules of Criminal Procedure, and the Arraignment Order and Standard Discovery Request entered by the Court in this case on June 16, 2009, the United States of America, by counsel, herewith responds to each of defendant's Standard Discovery Requests as follows:

**Request H:  Disclose to defendant all evidence favorable to defendant, including impeachment evidence, and allow defendant to inspect, copy or photograph such evidence.**

**Response:**  The United States submits the following:

(1) Bureau of Prisons Incident Report for James Michael Kitchen, dated November 9, 2009 (Lecco, et al - 6057 to 6062);

(2) Death Certificate of Michael Looney, (6063); and

(3) Petition for Writ of Habeas Corpus of James Michael Kitchen, filed April 2, 2010; (6064-6067).

The United States would also submit that James Michael Kitchen is being paid a witness fee of $40 per day, M&IE Per Diem for Charleston, WV of $51 for a full day away from home and $25.50 on travel days from the Fees and Expenses of Witnesses (FEW) appropriation. FEW is the source of funding for witnesses appearing in court on behalf of the Department of Justice and for fact witnesses subpoenaed on behalf of the indigent defendants under the Criminal Justice Act. Additionally, his lodging is being billed directly to the United States Attorney's Office Fact Witness Lodging Account.

### REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY

Pursuant to Rules 16.1(b) and 16.1(d) of the Local Rules of Criminal Procedure, the United States of America requests that defendant provide all applicable reciprocal discovery within 10 days of the service of this response and the provision of materials requested by defendant in the Standard Discovery Request.

Respectfully submitted,

CHARLES T. MILLER
United States Attorney

s/R. Gregory McVey
R. Gregory McVey Bar Number: 2511
Attorney for the United States
United States Attorney's Office
300 Virginia Street East, Suite 4000
Charleston, West Virginia 25301
Telephone: (304) 345-2200
Fax: (304) 347-5104
Email: Greg.McVey@usdoj.gov

2

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing "THIRTY-FOURTH SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS, AND REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing on this 14th of April, 2010, to:

>   Amy L. Austin
>   Gerald T. Zerkin
>   Federal Public Defender's Office
>   701 E. Broad Street, Suite 3600
>   Richmond, VA  23219
>   amy_austin@fd.org
>   gerald_zerkin@fd.org
>
>   Brian J. Kornbrath
>   Federal Public Defender's Office
>   230 West Pike Street, Suite 360
>   Clarksburg, WV 26301
>   brian_kornbrath@fd.org

>           By:   s/R. Gregory McVey
>                 R. Gregory McVey Bar Number: 2511
>                 Attorney for the United States
>                 United States Attorney's Office
>                 300 Virginia Street East, Suite 4000
>                 Charleston, West Virginia 25301
>                 Telephone: (304) 345-2200
>                 Fax: (304) 347-5104
>                 Email: Greg.McVey@usdoj.gov