# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston

Date: 4/14/2010                                                    Case Number 2:05-cr-107

Case Style: United States vs. Lecco

Type of hearing Criminal Jury Trial

Before the honorable: 2508-Copenhaver

Court Reporter Barbara Steinke                          Courtroom Deputy Kelley Miller

Attorney(s) for the Plaintiff or Government R. Gregory McVey, Charles T. Miller, Richard E. Burns

Attorney(s) for the Defendant(s) Gerald Zerkin, Amy Austin, Brian Kornbrath

Law Clerk                                                            Probation Officer

## Trial Time

Jury Selection with trial to start on April 19

## Non-Trial Time

## Court Time

9:39 am   to 10:52 am

Total Court Time: 1 Hours 13 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

9:30 case set

9:39 case began

Court took up preliminary matters with counsel

It is agreed that Buzzard, Egnatoff and Jarrell be excused

14 juors in

Voir dire oath given

Court gave preliminary instructions

Egnatoff, Jarrell, Buzzard and Wilkinson - agreed excused

Juror #180 Jeffrey Arthur - Alternate #3

Juror #181 Dana Miller - Alternate #4

# District Judge Daybook Entry

10:52 concluded