UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                          CRIMINAL ACTION NO. 2:05-00107-01

GEORGE LECCO

O R D E R

For reasons appearing to the court, it is ORDERED that a hearing be, and it hereby is, scheduled in this matter for 9:30 a.m. on April 16, 2010.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: April 15, 2010

John T. Copenhaver, Jr.
United States District Judge