## District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 4/16/2010                                                                   Case Number 2:05-cr-107
Case Style: United States vs. Lecco
Type of hearing Hearing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                                    Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government R. Gregory McVey, Charles T. Miller, Richard E. Burns


Attorney(s) for the Defendant(s) Gerald Zerkin, Amy Austin, Brian Kornbrath


Law Clerk                                                                         Probation Officer

### Trial Time

Other Evidentiary hearing (Specify Type juror issue


### Non-Trial Time



### Court Time

1:35 pm    to 2:10 pm
2:32 pm    to 2:49 pm
Total Court Time: 0 Hours 52 Minutes Other proceedings during trial

### Courtroom Notes

1:30

Gerald Zerkin appeared by telephone

1:35 - Juror Henderson brought in and questioned by the court in the presence of counsel and the defendant

Juror excused

Court ascertained from counsel what additional questons should be asked

Juror in and questioned further

Juror excused

2:10 Recess

2:32 Resume

Government requested the juror be excused for cause - defense counsel responded in opposition

## District Judge Daybook Entry

Court made findings - juror excused

Juror Henderson brought in and excused

2:49 concluded