UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  Criminal No. 2:05-00107

GEORGE M. LECCO
    also known as "Porgy"



## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

    Comes now R. Gregory McVey, Assistant United States Attorney for the Southern District of West Virginia, and informs the Court that one Gary Collins is incarcerated in the Southwestern Regional Jail, 13 Gaston Caperton Drive, Holden, West Virginia, and that the said Gary Collins is a necessary witness for a hearing before the United States District Court for the Southern District of West Virginia, at Charleston, West Virginia, scheduled for 9:30 a.m. on the 5th day of April, 2010.

    WHEREFORE, your petitioner prays for an Order of this Court directing the United States Marshal for the Southern District of West Virginia, or any other authorized United States Marshal, to produce the body of said Gary Collins that Gary Collins may appear and testify before the United States District Court for the Southern District of West Virginia at Charleston, West Virginia at 9:30 a.m. on the 5th day of April, 2010.

    Respectfully submitted,

    CHARLES T. MILLER
    United States Attorney

    s/R. Gregory McVey
    R. Gregory McVey, Bar Number: 2511
    Assistant United States Attorney
    Attorney for the United States
    United States Attorney's Office
    300 Virginia Street East
    Suite 4000
    Charleston, West Virginia 25301
    Telephone: (304) 345-2200
    Fax: (304) 347-5104
    Email: Greg.McVey@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                          Criminal No. 2:05-00107

GEORGE M. LECCO
     also known as "Porgy"

### ORDER ON PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:    Southwestern Regional Jail
         Earl Ray Tomblin Industrial Park
         13 Gaston Caperton Drive
         Holden, West Virginia
         Phone: (304) 239-3032

         Greetings:

    WE COMMAND YOU that you surrender the body of Gary Collins detained in the Southwestern Regional Jail under your custody, as it is said, to the United States Marshal for the Southern District of West Virginia, and or one of his deputies, or any other authorized United States Marshal, to the end that Gary Collins' body will be before the United States District Court for the Southern District of West Virginia at Charleston, West Virginia, on the 5th day of April, 2010 at 9:30 a.m. or at such other time or times as the District Court may direct.

                              ENTER: March 22, 2010

                              Mary E. Stanley
                              United States Magistrate Judge



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.   Criminal No. 2:05-00107

GEORGE M. LECCO
    also known as "Porgy"

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL:

TO EXECUTE:

WE COMMAND that you proceed to the Southwestern Regional Jail and remove therefrom the body of Gary Collins and produce Gary Collins under safe and secure conduct before the United States District Court for the Southern District of West Virginia at Charleston, West Virginia, on the 5th day of April, 2010 at 9:30 a.m. or at such other time or times as the District Court may direct; and upon completion of Gary Collins' testimony return the said Gary Collins to the Southwestern Regional Jail.

                          TERESA L. DEPPNER, Clerk

                          By:_____
                                Deputy Clerk

Date: 3-22-10

CUSTODY ASSUMED:

Executed this ___21___ day of ___April___, 20_10_

By: __T.J. Goode / BM Hitt__
      United States Marshal/Deputy

SCRJ
TO
SWRJ

partially executed 4/15/2010
SWRJ to SCRJ.
BM Hitt