IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,
    Plaintiff,

V.                                                CRIMINAL NO. 2:05-00107

GEORGE M. LECCO,
    Defendant.

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Comes now, undersigned counsel, Brian J. Kornbrath, Federal Public Defender, and informs the Court that **Patricia Burton** is presently in the custody of the United States Marshal Service at the South Central Regional Jail, Charleston, West Virginia, and that **Patricia Burton** must be returned to the district court as a witness for trial in this matter on **Thursday, April 22, 2010 at 10:00 a.m.**

**WHEREFORE**, pursuant to the provisions of Rule 17(b) and (c) of the Federal Rules of Criminal Procedure and the Compulsory Process Clause of the Sixth Amendment, the defendant prays for an Order of this Court directing the United States Marshal for the Southern District of West Virginia, or any other authorized United States Marshal, to produce the body of said **Patricia Burton** and that she may appear in the United States District Court for the Southern District of West Virginia for trial.

**DATED**: April 21, 2010

By:   /s/ Brian J. Kornbrath
      Brian J. Kornbrath
      WV State Bar No. 7330
      Attorney for Defendant
      Federal Public Defender Office
      230 West Pike Street; Suite 360
      Clarksburg, West Virginia 26302
      Tel. (304) 622-3823
      Fax. (304) 622-4631
      E-Mail. Brian_Kornbrath@fd.org

**CERTIFICATION OF SERVICE**

I hereby certify that on April 21, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

      Charles H. Miller, Esq.
      R. Gregory McVey, Esq.
      Office of the United States Attorney
      300 Virginia Street East
      Charleston, West Virginia 25301
      (304) 345-2200

By:   /s/ Brian J. Kornbrath
      Brian J. Kornbrath
      WV State Bar No. 7330
      Attorney for Defendant
      Federal Public Defender Office
      230 West Pike Street; Suite 360
      Clarksburg, West Virginia 26302
      Tel. (304) 622-3823
      Fax. (304) 622-4631
      E-Mail. Brian_Kornbrath@fd.org

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,
    Plaintiff,

V.                                    CRIMINAL NO. 2:05-00107

GEORGE M. LECCO,
    Defendant.

TO:    ADMINISTRATOR, SOUTH CENTRAL REGIONAL JAIL
        GREETINGS:

**WE COMMAND YOU** to surrender the body of **Patricia Burton**, under your custody, to the United States Marshal for the Southern District of West Virginia, or one of his deputies, or any other authorized United States Marshal, to the end that her body will be brought before the United States District Court for the Southern District of West Virginia, at Charleston, West Virginia, for a trial in the above-captioned case scheduled for the **22nd day of April, 2010, at 10:00 a.m.**

        **ENTER:**

        _____
        **JOHN T. COPENHAVER, JR.**
        **UNITED STATES DISTRICT COURT JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,
    Plaintiff,

V.                                      CRIMINAL NO. 2:05-00107

GEORGE M. LECCO,
    Defendant.

**TO:**    **UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA, OR TO ANY AUTHORIZED UNITED STATES MARSHAL:**

**TO EXECUTE:**

**WE COMMAND** that you proceed to South Central Regional Jail, Charleston, West Virginia, and remove therefrom the body of **Patricia Burton** and produce her, under safe and secure conduct, before the United States District Court for the Southern District of West Virginia, at Charleston, West Virginia, for a trial set for the **22nd day of April, 2010, at 10:00 a.m.** or at such other time or times as the Court may direct thereafter, and upon completion of the trial that you return the said **Patricia Burton** to the custody of the South Central Regional Jail.

                                                **TERESA L. DEPPNER**, Clerk

                                                By: _____
                                                          Deputy Clerk

**DATE:** _____

**CUSTODY ASSUMED:**

Executed this ____ day of _____, 2010.

By: _____
    United States Marshal/Deputy