# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 4/21/2010                                                                 Case Number 2:05-cr-107
Case Style: USA vs. George Lecco
Type of hearing Criminal Jury Trial
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                                  Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government R. Gregory McVey, Charles T. Miller, Richard E. Burns


Attorney(s) for the Defendant(s) Gerald Zerkin, Amy Austin, Brian Kornbrath


Law Clerk                                                                       Probation Officer

## Trial Time

Jury Trial. Day No. 3


## Non-Trial Time



## Court Time

11:21 am   to 12:12 pm
4:49 pm    to 5:03 pm
9:33 am    to 11:02 am
1:37 pm    to 3:23 pm
3:43 pm    to 4:39 pm
Total Court Time: 5 Hours 16 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

9:30 case set

9:33 - case called - court in with counsel - Blankenship to resume the stand but is not present - to proceed with another witness

Court informed Blankenship has arrived

Jury in

Carmella Blankenship resumed the stand

US #34 admitted

US #13 David Chafin

US #14 Dr. Hamada Mamoud

# District Judge Daybook Entry

US Exh. #28 - stipulation - admitted

US Exh. #44 - autopsy report -

11:02 Recess

11:21 Resume

US #15 Cliff Akers

US Exh. #29 - Miranda form - admitted

US Exh. #37c - portion of call from jail recording -

US Exh. # 37d - transcript

US Exh. #30 - prior conviction - admitted

12:12 Recess

1:37 Resume

Court explained to the jury ruling made yesterday with regard to certain aspects of Harmon's testimony

US #16 Valerie Friend

US Exh. #20 - plea agreement - admitted

US Exh. #42 - diagram of trailer - admitted

3:23 Recess

3:43 Resume

US #17 Rick Rogers

Cliff Akers resumed the stand

US Exh. # 37a - original CD

US Exh. #37c admitted

US Exh. # 38a - original CD
US Exh. #38c - portion of call from jail recording -admitted
US Exh. #38d - transcript

US Exh. #39a - original CD
US Exh. #39c - portion of call from jail recording - admitted
US Exh. #39d - transcript

US Exh. #40a - original CD
US Exh. #40c - portion of call from jail recording - admitted

## District Judge Daybook Entry

US Exh. #40d - transcript

US Exh. #41 - Michael Looney's death certificate - admitted

Judicial notice - Red Jacket and Newtown in Mingo County - cocaine Schedule II controlled substance

Government rested

Jury excused

4:39 Recess

4:49 Resume

In with counsel

Defense unable to proceed with Rule 29 motion at this time

Court directed defense to be prepared to go forward with the motion at 9:30 a.m. tomorrow morning

5:03 concluded