# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 4/27/2010                                                                                   Case Number 2:05-cr-107
Case Style: USA vs. George Lecco
Type of hearing Hearing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                                          Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government R. Gregory McVey, Charles T. Miller, Richard E. Burns

Attorney(s) for the Defendant(s) Gerald Zerkin, Amy Austin, Brian Kornbrath

Law Clerk                                                                                          Probation Officer

## Trial Time

Jury Trial. Day No. 7

## Non-Trial Time

## Court Time

4:37 pm   to 4:50 pm
Total Court Time: 0 Hours 13 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

4:37

Hearing with counsel and defendant regarding various issues as to the sentencing phase of the case

4:50 concluded