# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 4/29/2010                                                                                                         Case Number 2:05-cr-107
Case Style: USA vs. George Lecco
Type of hearing Criminal Jury Trial
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                                            Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government R. Gregory McVey, Charles T. Miller, Richard E. Burns

Attorney(s) for the Defendant(s) Gerald Zerkin, Amy Austin, Brian Kornbrath

Law Clerk                                                                                                                Probation Officer

## Trial Time

Jury Trial. Day No. 9

## Non-Trial Time

## Court Time

1:30 pm    to 2:15 pm
6:29 pm    to 7:02 pm
9:35 am    to 10:54 am
11:14 am   to 11:40 am
4:40 pm    to 4:56 pm
Total Court Time: 3 Hours 19 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

9:30 case set

9:35 case began

Dr. Mark Cunningham resumed the stand for direct examination

10:54 Recess

11:14 Resume

No cross for Dr. Cunningham

Judicial notice - Pat Burton's plea agreement - Def. Exh. #2 - admitted

Defendant rested

## District Judge Daybook Entry

Jury excused - back at 2:00 p.m.

Various issues taken up with counsel

Counsel to return at 1:15 pm

11:40 Recess

1:30 Resume

Instructions discussed - parties argued various points

Jury in - excused until 9:30 am tomorrow morning

Counsel back at 4:15 to receive a copy of instructions - instruction conference at 4:45 pm

2:15 Recess

4:40 Resume

Court went over the special verdict form with counsel

Counsel to return at 5:30 for copy of instructions

4:56 Recess

6:29 Resume

Court went over instructions with counsel

7:02 concluded