# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 4/30/2010                                                                  Case Number 2:05-cr-107
Case Style: USA vs. George Lecco
Type of hearing Criminal Jury Trial
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                                   Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government R. Gregory McVey, Charles T. Miller, Richard E. Burns


Attorney(s) for the Defendant(s) Gerald Zerkin, Amy Austin, Brian Kornbrath


Law Clerk                                                                        Probation Officer

## Trial Time

Jury Trial. Day No. 10


## Non-Trial Time



## Court Time

11:44 am   to 1:00 pm
3:55 pm    to 4:00 pm
9:44 am    to 11:19 am
Total Court Time: 2 Hours 56 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

9:30 case set

9:44 - court went over to changes in instructions with counsel

Jury in

Closing arguments - Burns, Zerkin, McVey

11:19 Recess

11:44 Resume

Court instructed the jury

Court went over special verdict form with the jury

Jury excused - to return at 2:15 pm

## District Judge Daybook Entry

No objections to instructions

1:00 Recess

3:55 Resume

In with counsel - jury requesting to be excused for the day

Counsel has nothing further

Jury in - excused until 9:30 am Monday morning

4:00 concluded