RECEIVED

MAY 12 2010

JOHN T. COPENHAVER, JR.
United States District Judge

Judge Copenhaver

I want to file an appeal as respect my conviction.

Sincerely
George Lecco

USA
v.
Lecco
CR 2:05-00107-1