# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 8/18/2010                                                                 Case Number 2:05-cr-107
Case Style: USA vs. George Lecco
Type of hearing Sentencing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                                   Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government R. Gregory McVey, Charles T. Miller, Philip H. Wright

Attorney(s) for the Defendant(s) Gerald Zerkin, Amy Austin, Brian Kornbrath

Law Clerk                                                                        Probation Officer Dave Stevens

## Trial Time

## Non-Trial Time

## Court Time

1:37 pm   to 2:12 pm
Total Court Time: 0 Hours 35 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

1:30 case set

1:37 - case called - defendant sworn - defense counsel over PSR with defendant thoroughly and he understands - defendant read PSR, went over with attorney, he explained, understands everything

Defendant affirmed prior conviction set forth in Section 851 information

Counts 10 and 11 to be grouped

Court made findings on factual objections

No victims present

Parties agree restitution $1,250

Report is correct (with exceptions noted)

Mitigation - defendant

## District Judge Daybook Entry

Court stated reasons for sentence

Sentence - Life (sentence as to each count detailed on the record - 8 years supervised release - $1,200 special assessment - $1,250 restitution - to be paid from prison earnings - no fine or costs

Recommendation by defendant taken under advisement

Defendant remanded

14 days to appeal

2:12 concluded