FILED: July 27, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-5003
(2:05-cr-00107-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

GEORGE M. LECCO, a/k/a Porgy

      Defendant - Appellant

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)
_____

This court's mandate is stayed under Fed. R. App. P. 41(d)(1), which provides that "[t]he timely filing of a petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, stays the mandate until disposition of the petition or motion."

*/s/Patricia S. Connor, Clerk*